**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

**ORDER**
Criminal File No. 00-106 (MJD/JGL)

(1) MARIA LYNN BURKE,

Defendant.

---

Jim Lackner, Assistant United States Attorney, Counsel for Plaintiff.

Kate Menendez, Federal Public Defender, Counsel for Defendant.

---

The Defendant appeared before the Court on September 8, 2004 on a Petition to Modify the Terms of her Supervised Release . For the reasons stated at that hearing, the terms of Defendant's supervised release were modified to require Defendant to remain in school full-time, and to provide Probation with sufficient verification of her enrollment and registration, and in addition, within three weeks after the end of a semester, with a copy of her grades from that semester. Absent compliance with these modified conditions, Defendant is required to serve 90 days in community corrections.

**IT IS HEREBY ORDERED:**

The Petition to Modify the terms of the Supervised Release is GRANTED in part to incorporate the terms and requirements set out above.

Dated: March 2, 2005

s/ Michael J. Davis
Judge Michael J. Davis
United States District Court