# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 00-CR-106 (MJD/HB) |
| Plaintiff, | |
| v. | ORDER ON REPORT |
| Maria Lynn Burke, | AND RECOMMENDATION |
| Defendant, | |
| and | |
| Midas Resources, Inc., | |
| Garnishee | |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Defendant's objection to the garnishment of her wages is **OVERRULED**; and

3. The attorney for the government shall prepare an Order of Garnishment, garnishing ten percent of Defendant's wages directly from her employer.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 4, 2015  s/Michael J. Davis
MICHAEL J. DAVIS
United States District Judge